Form osc1006 − osclr1006v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  25−13741−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dmitry Belovsky                                  Elena Gorodetsky Belovsky
   48 Pension Road                                  aka Elena Gorodetsky
   Englishtown, NJ 07726                        48 Pension Road
                                                             Englishtown, NJ 07726

Social Security No.:
   xxx−xx−3065                                            xxx−xx−0520

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO COMPLY WITH
D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS**

   The debtor filed a petition on April 10, 2025, and has failed to comply with the Court's local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☑    Debtor has not paid the filing fee in the amount of $313.00 in full at the time of the filing of the petition.

☐    Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☐    Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

   It is hereby

   ORDERED that the following document and/or fee must be submitted to the Clerk or the case will be dismissed.

☑    Filing fee in the amount of $313.00

☐    Application for Individuals to Pay the Filing Fee in Installments

☐    Initial installment payment in the amount of $

☐    Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

   A hearing is scheduled before the Honorable Michael B. Kaplan on:

   Date: May 12, 2025
   Time: 11:00 AM
   Location: Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 160 546 2580, Click on JOIN using passcode 962296, or call 1−646−828−7666

to show cause why the case should not be dismissed.

If **all** required documents and/or fees are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

All court fees must be paid via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check, money order, or through the court's online payment system at www.njb.uscourts.gov for non court efilers.

Unless all required documents and/or fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing, which may be conducted in–person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom. Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE ADVISED that failure to pay fees, seek an extension, or appear at the hearing will result in dismissal of the case.

IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.

Dated: April 11, 2025
JAN: pbf

                                           Michael B. Kaplan
                                           United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 25-13741-MBK

Dmitry Belovsky                                                                   Chapter 13

Elena Gorodetsky Belovsky

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                     Page 1 of 2
Date Rcvd: Apr 11, 2025                Form ID: osc1006                          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dmitry Belovsky, Elena Gorodetsky Belovsky, 48 Pension Road, Englishtown, NJ 07726-3814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2025 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Frederick J. Simon | on behalf of Joint Debtor Elena Gorodetsky Belovsky simonmonahan216@gmail.com |
| Frederick J. Simon | on behalf of Debtor Dmitry Belovsky simonmonahan216@gmail.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 11, 2025 | Form ID: osc1006 | Total Noticed: 2

U.S. Trustee
              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4