Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

        Case No.: 25−13741−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dmitry Belovsky<br>48 Pension Road<br>Englishtown, NJ 07726 | Elena Gorodetsky Belovsky<br>aka Elena Gorodetsky<br>48 Pension Road<br>Englishtown, NJ 07726 |

Social Security No.:
  xxx−xx−3065                                           xxx−xx−0520

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         6/4/25
Time:        10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 25, 2025
JAN: pbf

                                                              Jeanne Naughton
                                                              Clerk, U. S. Bankruptcy Court