Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−13741−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dmitry Belovsky
48 Pension Road
Englishtown, NJ 07726

Elena Gorodetsky Belovsky
aka Elena Gorodetsky
48 Pension Road
Englishtown, NJ 07726

Social Security No.:
   xxx−xx−3065                                         xxx−xx−0520

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         6/4/25
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 25, 2025
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-13741-MBK |
| Dmitry Belovsky | Chapter 13 |
| Elena Gorodetsky Belovsky | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 25, 2025 | Form ID: 132 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dmitry Belovsky, Elena Gorodetsky Belovsky, 48 Pension Road, Englishtown, NJ 07726-3814 |
| 520616321 | + | Capital One Bank, P.O. Box 981600, Boston, MA 02298-1600 |
| 520616328 | + | Opton Loan, 822 6th Avenue, Oakland, CA 94606-2807 |
| 520616332 | + | The Youth Foundation, LLC, c/o Snellings Law, LLC, 2001 Route 46 Suite 504A, Parsippany, NJ 07054-1386 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 25 2025 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 25 2025 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Apr 25 2025 20:28:00 | Envision Financial Group, LLC, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520622738 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 25 2025 20:28:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520619331 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 20:35:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520616322 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Apr 25 2025 20:28:25 | CKS Prime Investments, 510 Independence Parkway Suite 300, Chesapeake, VA 23320-5180 |
| 520616323 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 25 2025 20:35:40 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 520616324 | + | Email/Text: rmcdowell@slgcollect.com | Apr 25 2025 20:28:00 | Envision Financial Group, c/o Saldutti Law Group, 1040 N. Kings Highway Suite 100, Cherry Hill, NJ 08034-1925 |
| 520616325 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2025 20:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520616326 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 20:35:40 | LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 520619329 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2025 20:35:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520619332 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 25 2025 20:35:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520616327 | | Email/Text: ml-ebn@missionlane.com | Apr 25 2025 20:27:00 | Mission Lane, P.O. Box 71084, Charlotte, NC 28272 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: 132 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| 520630366 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 25 2025 20:46:24 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520620279 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 25 2025 20:28:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520620311 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 25 2025 20:28:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520620308 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 25 2025 20:28:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520616329 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Apr 25 2025 20:28:00 | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 520616330 | + Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Apr 25 2025 20:28:00 | State of New Jersey, Division of Taxation, 3 john finch way 5th Floor, Trenton, NJ 08695-0001 |
| 520616331 | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Apr 25 2025 20:28:00 | TBOM/Aspire, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 520616333 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Apr 25 2025 20:46:31 | Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust National Association, successor trustee to Citibank, N.A., as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frederick J. Simon | on behalf of Joint Debtor Elena Gorodetsky Belovsky simonmonahan216@gmail.com |
| Frederick J. Simon | on behalf of Debtor Dmitry Belovsky simonmonahan216@gmail.com |
| Rebecca K. McDowell | |

on behalf of Creditor Envision Financial Group  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Thomas B. O'Connell
    on behalf of Creditor Envision Financial Group  LLC toconnell@slgcollect.com, anovoa@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7