UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2©**

In Re:

DMITRY BELOVSKY and
ELENA GORODETSKY BELOVSKY

Case No.: 25-13741-MBK

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:      ☒   Followed          ☐   Modified

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

We, Dmitry Belovsky and Elena Gorodetsky Belovsky, upon our oath according to law, hereby certify as follows:

1.  The below information is being supplied for compliance with the Confirmation Hearing Date on August 27, 2025.

2.  The above named Debtor(s) has/have paid all Post Petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.  The above named Debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. Section 1308.

4.  If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this

Certification changes.

We certify under penalty of perjury that the foregoing is true and correct.


Dated: August 21, 2025                                    By:/s/ Dmitry Belovsky
                                                          Signature of Debtor


                                                          By:/s/ Elena Gorodetsky Belovsky
                                                          Signature of Co-Debtor