Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−13741−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dmitry Belovsky
48 Pension Road
Englishtown, NJ 07726

Elena Gorodetsky Belovsky
aka Elena Gorodetsky
48 Pension Road
Englishtown, NJ 07726

Social Security No.:
xxx−xx−3065

xxx−xx−0520

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 8, 2025.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2025
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-13741-MBK |
| Dmitry Belovsky | Chapter 13 |
| Elena Gorodetsky Belovsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 09, 2025 | Form ID: 148 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dmitry Belovsky, Elena Gorodetsky Belovsky, 48 Pension Road, Englishtown, NJ 07726-3814 |
| 520616328 | + | Opton Loan, 822 6th Avenue, Oakland, CA 94606-2807 |
| 520616332 | + | The Youth Foundation, LLC, c/o Snellings Law, LLC, 2001 Route 46 Suite 504A, Parsippany, NJ 07054-1386 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2025 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2025 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Oct 09 2025 20:42:00 | Envision Financial Group, LLC, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520644604 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2025 21:05:08 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520622738 | + | EDI: PHINAMERI.COM | Oct 10 2025 00:29:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520619331 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2025 20:53:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520616322 | + | EDI: CKSFINANCIAL.COM | Oct 10 2025 00:30:00 | CKS Prime Investments, 510 Independence Parkway Suite 300, Chesapeake, VA 23320-5180 |
| 520616321 | + | EDI: CAPITALONE.COM | Oct 10 2025 00:29:00 | Capital One Bank, P.O. Box 981600, Boston, MA 02298-1600 |
| 520616323 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 09 2025 20:54:29 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 520616324 | + | Email/Text: rmcdowell@slgcollect.com | Oct 09 2025 20:42:00 | Envision Financial Group, c/o Saldutti Law Group, 1040 N. Kings Highway Suite 100, Cherry Hill, NJ 08034-1925 |
| 520616325 | + | EDI: IRS.COM | Oct 10 2025 00:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520681357 | | EDI: JEFFERSONCAP.COM | Oct 10 2025 00:30:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 520616326 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2025 21:06:19 | LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 520619329 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: 148 | Total Noticed: 30 |

| | | Oct 09 2025 21:05:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 520619332 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 09 2025 20:52:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520616327 | Email/Text: ml-ebn@missionlane.com | Oct 09 2025 20:41:00 | Mission Lane, P.O. Box 71084, Charlotte, NC 28272 |
| 520771519 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 09 2025 20:41:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520630366 | EDI: PRA.COM | Oct 10 2025 00:29:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520620279 | EDI: Q3G.COM | Oct 10 2025 00:30:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520620311 | EDI: Q3G.COM | Oct 10 2025 00:30:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520620308 | EDI: Q3G.COM | Oct 10 2025 00:30:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520706809 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 09 2025 20:41:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520616330 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 09 2025 20:41:00 | State of New Jersey, Division of Taxation, 3 john finch way 5th Floor, Trenton, NJ 08695 |
| 520616329 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Oct 09 2025 20:44:00 | | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 520616331 | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 09 2025 20:41:00 | TBOM/Aspire, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 520616333 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Oct 10 2025 01:03:05 | | Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |
| 520691515 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Oct 09 2025 20:44:00 | | Wilmington Trust, National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust  National Association, successor trustee to Citibank, N.A., as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frederick J. Simon | on behalf of Joint Debtor Elena Gorodetsky Belovsky simonmonahan216@gmail.com |
| Frederick J. Simon | on behalf of Debtor Dmitry Belovsky simonmonahan216@gmail.com |
| Rebecca K. McDowell | on behalf of Creditor Envision Financial Group  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Thomas B. O'Connell | on behalf of Creditor Envision Financial Group  LLC toconnell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7